**The MUNICIPALITY OF MT. LEBANON**

v.

**Elaine GILLEN and Pennsylvania Office of Open Records**

**Petition of: Elaine Gillen**

**The Municipality of Mt. Lebanon**

v.

**Elaine Gillen and Office of Open Records**

**Petition of: Elaine Gillen**

**No. 16 WAL 2017**
**No. 17 WAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Baer did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Christopher Lawrence PETERMAN, Petitioner**

**No. 52 WAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**